## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

| August 19, 2025 | Honorable Joseph G. Rosania, Jr., Presiding<br>Courtroom B |
|---|---|

| In re:<br><br>AVI SCHWALB<br><br>Debtor. | Bankruptcy Case No. 25-12666-JGR<br><br>Chapter 11 |
|---|---|

**BENJAMIN DAVIDSON,**
**KAREN DAVIDSON,**

　Movants,
v.

**AVI SCHWALB**

　Respondent.

| Appearances: | | | |
|---|---|---|---|
| Debtor | Avi Schwalb | Counsel | Brenton L. Gragg |
| Creditor | Benjamin Davidson, Karen Davidson | Counsel | Matthew R. Osborne |

**Proceedings:** Telephonic preliminary hearing regarding Benjamin W. Davidson and Karen M. Davidson's Motion for Relief from Automatic Stay filed August 1, 2025 (Doc. 154) and Debtor's Response thereto filed June 18, 2025 (Doc. 176).

Entry of Appearances and statements/arguments made. All parties appeared by telephone.

**Orders:**

Oral findings and conclusions made of record.

The Debtor's response was filed yesterday, August 18, 2025, pursuant to the objection deadline set forth in the notice accompanying the Motion for Relief from Stay. To accommodate the Court's fulsome review of the response, the parties agreed to continue the preliminary hearing to **Wednesday, August 27, 2025, at 1:30 p.m.,** in Courtroom B, by telephone, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO 80202. Counsel/parties shall appear by telephone at the continued hearing. **Dial 833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing. The Meeting ID is: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached, and the Court will return the call.

The parties may supplement their previously filed lists of witnesses and exhibits on or before **August 25, 2025.**

BY THE COURT:
Kenneth S. Gardner, Clerk

By: <u>S. Nicholls, Law Clerk</u>

**Movants' EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| 1 | May 31, 2025 Debtor's periodic report (Doc. 100) | | | |

**Debtor's EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| A | Amended Statement of Financial Affairs (Doc. 58) | | | |
| B | Monthly Operating Report (Doc. 136) | | | |