UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| AVI SCHWALB | ) Case No. 25-12666-JGR |
| SSN: xxx-xx-0407 | ) |
|     Debtor | ) Chapter 11 |
| | ) |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT**

THE COURT, having reviewed the Motion for Enlargement of Time to File Complaint Objecting to Dischargeability of Debt filed by creditor Jeffrey Swanson,

ORDERS that the Motion is granted and Jeffrey Swanson shall have to and including **December 2, 2025,** to file a complaint objecting to the dischargeability of Swanson's judgment against Debtor.

BY THE COURT:

Dated: August __25__, 2025

_____
Honorable Joseph G. Rosania, Jr.
Unites States Bankruptcy Court Judge