## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Avi Schwalb,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-12666-JGR |

### ORDER EXTENDING TIME TO FILE A COMPLAINT TO OBJECT TO THE DISCHARGEABILITY OF CERTAIN DEBTS

Upon consideration of the motion (the "Motion") of Creditors John Doe and Jane Roe for the entry of an order extending the date by which Plaintiffs must file an objection to the dischargeability of a debt pursuant to 11 U.S.C. § 523; and due and proper notice of the Motion having been given and no other or further notice of the Motion being required; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 1334 and 157; and this Court's consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time to file a complaint objecting to the dischargeability of a debt is extended to and including September 3, 2025.

Dated: __August 27, 2025__    BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge