## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minute Order

August 27, 2025 — Honorable Joseph G. Rosania, Jr., Presiding
S. Nicholls, Law Clerk

| In re: | Bankruptcy Case No. 25-12666-JGR |
|---|---|
| **AVI SCHWALB** | Chapter 11 |
| Debtor. | |

**BENJAMIN DAVIDSON,**
**KAREN DAVIDSON,**

Movants,
v.

**AVI SCHWALB**

Respondent.

| Appearances: | | | |
|---|---|---|---|
| Debtor | Avi Schwalb | Counsel | Brenton L. Gragg |
| Creditor | Benjamin Davidson, Karen Davidson | Counsel | Matthew R. Osborne |

**Proceedings:** Telephonic preliminary hearing regarding Benjamin W. Davidson and Karen M. Davidson's Motion for Relief from Automatic Stay filed August 1, 2025 (Doc. 154) and Debtor's Response thereto filed June 18, 2025 (Doc. 176).

Entry of Appearances and statements/arguments made. All parties appeared by telephone.

Parties presented offers of proof and made arguments pursuant to L.B.R. 4001-1(c).

Exhibits are admitted below.

**Orders:**

Oral findings and conclusions made of record.

Movant's Motion for Relief from Automatic Stay (Doc. No. 154) is hereby GRANTED. A separate order will enter.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge

**Movants' EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| 1 | May 31, 2025 Debtor's periodic report (Doc. 100) | X | X | |

**Debtor's EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| A | Amended Statement of Financial Affairs (Doc. 58) | X | X | |
| B | Monthly Operating Report (Doc. 136) | X | X | |
| C | Davidsons' Proof of Claim | X | X | |