## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>AVI SCHWALB,<br><br>SSN:  xxx-xx-0747,<br><br>      Debtor. | Case No. 25-12666-JGR<br>Chapter 11 |

## ORDER ON MOTION FOR RELIEF FROM STAY

Benjamin and Karen Davidson, (the "Movants") have filed herein a motion for relief from stay.

(1) ☐   to foreclose on and/or take possession and control of property described as follows:

_____
_____
_____
_____ **[description]**.

(2) ☒   to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:
   Jefferson County District Court, Civil Action 23CV31234._____
_____
_____
_____ **[description]**.

(3) ☐   other:

_____
_____
_____
_____ **[description]**.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movants are hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movants may obtain against the debtor personally or the debtor's post-petition property.)  If applicable, the chapter 13 trustee will make no more distributions on Movants' secured claim.

The Court further orders that the 14-day stay under F.R.B.P. 4001(a)(3) ☒ is/ ☐ is not waived.

Dated this  27th  day of  ___August___, 2025.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge