UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| August 27, 2025 | |
|---|---|
| In re: | Bankruptcy Case No. 25-12666-JGR |
| **AVI SCHWALB** | Chapter 11 |
| Debtor. | |

BENJAMIN DAVIDSON,
KAREN DAVIDSON,

Movants,
v.

AVI SCHWALB

Respondent.

## JUDGMENT

This matter came before the Court on August 27, 2025 regarding Benjamin W. Davidson and Karen M. Davidson's Motion for Relief from Automatic Stay filed August 1, 2025 (Doc. 154) and Debtor's Response thereto filed June 18, 2025 (Doc. 176). The issues have been tried, heard and/or considered, and a decision has been rendered. In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Movant's Motion for Relief from Automatic Stay (Doc. No. 154) is hereby GRANTED.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____
S. Nicholls,
Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
Joseph G. Rosania, Jr.,
U.S. Bankruptcy Judge