# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>AVI SCHWALB,<br><br>SSN: xxx-xx-0747,<br><br>Debtor. | Case No. 25-12666-JGR<br>Chapter 11 |

## ORDER GRANTING BENJAMIN AND KAREN DAVIDSON'S MOTION FOR ENLARGEMENT OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT

THIS MATTER is before the Court on Benjamin and Karen Davidson's Motion for Enlargement of Time to File Complaint Objecting to Dischargeability of Debt, filed on August 4, 2025 (Doc. 166). The Court, having reviewed the motion and being adequately advised in the premises, hereby

ORDERS that the motion is GRANTED, in part. Benjamin and Karen Davidson may file a complaint objecting to the dischargeability of claims asserted against the Debtor on or before **November 3, 2025,** subject to further extension upon the filing of an appropriate motion if necessary. It is

FURTHER ORDERED that on or before **October 24, 2025,** Benjamin and Karen Davidson shall file a status report regarding Case No. 2023CV31234 pending in the Jefferson County District Court.

Dated this 27th day of August, 2025.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge